#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00872-ZLW

STEPHEN V. HUNT, JR.,

    Applicant,

v.

BLAKE R. DAVIS,

    Respondent.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for injunction submitted to and filed with the Court on July 1, 2009, by Applicant, Stephen V. Hunt, Jr.  On June 22, 2009, the Court denied the amended application and dismissed the action.  Judgment was entered on the same day.  This case is closed.  Therefore, the motion for injunction is DENIED as moot.

Dated:  July 24, 2009